Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 71.59.67.248, <br><br> Defendant. | Case No. 3:18-cv-16667-FLW-LHG |

### PLAINTIFF'S RESPONSE/NON-OBJECTION TO DEFENDANT'S MOTION TO PROCEED ANONYMOUSLY AND FOR A PROTECTIVE ORDER

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel files this Response/Non-Objection to Defendant's Motion to Proceed Anonymously and for a Protective Order [CM/ECF 10]. Plaintiff does not object to the entry of a limited protective order proposed by Defendant, which grants leave for the Defendant to litigate anonymously through discovery.

Plaintiff has no objection to Defendant proceeding anonymously through discovery. In fact, Plaintiff never objects when a Defendant wishes to proceed anonymously through discovery.

Therefore, Plaintiff does not oppose this Honorable Court entering the protective order proposed by Defendant at CM/ECF 10-4, which allows the Defendant to proceed anonymously only through discovery.

Dated: June 17, 2019   Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd.,
Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*